682

*Frederick Hemley, Morris L. Wolf* and *Frances S. Ecker* for appellant.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and CONWAY, JJ. Dissenting: RIPPEY and DESMOND, JJ.

ROSE CZERNY, Respondent, *v.* RALSUT, INC., Appellant.

Argued March 4, 1941; decided April 17, 1941.

*Samuel Gorad* and *Philip F. Jacobs* for appellant.

*George Alexander Berkowitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.